Scott W. Wellman – SBN: 82897
Mitsuruko Uchida – SBN: 213441
WELLMAN & WARREN LLP
24411 Ridge Route, Suite 200
Laguna Hills, CA 92653
Telephone: (949) 580-3737
Facsimile:  (949) 580-3738
Attorneys for Plaintiffs/Cross-Defendants
VMdirect, LLC, DIGITALFX SOLUTIONS, LLC and
DIGITALFX INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

"BY FAX"

| | |
|---|---|
| VMDirect, LLC, a Nevada limited liability company; DigitalFX Solutions, LLC, a Nevada limited liability company; <br><br>Plaintiffs, <br><br>v. <br><br>Leonard Atlas, an individual; and DOES 1 through 20, inclusive, <br><br>Defendant. <br><br>Leonard Atlas, an individual; <br><br>Cross-Complainant <br><br>v. <br><br>VMDirect, LLC, a Nevada limited liability company; DigitalFX Solutions, LLC, a Nevada limited liability company; and DigitalFX International, LLC, a Florida limited liability company; and ROES 1-20, inclusive, <br><br>Cross-Defendants | Case No.: CV07-1490 FMC(Ex) <br><br>**STIPULATION FOR REMAND** |

-1-

STIPULATION FOR REMAND

1  IT IS HEREBY STIPULATED by and between Plaintiffs/Cross-Defendants
2  VMdirect and DigitalFX Solutions, LLC and Cross-Defendant DigitalFX
3  International, LLC, and Defendant/Cross-Complainant Leonard Atlas, through
4  their designated counsel that the above-captioned action removed to this Court by
5  Defendant/Cross-Complainant Leonard Atlas be hereby remanded to the Superior
6  Court of the State of California pursuant to Fed. R. Civ. P. §1447(c).

9  Date: April 3, 2007                    WELLMAN & WARREN LLP

12                                         Scott W. Wellman
13                                         Mitsuruko Uchida
                                           WELLMAN & WARREN LLP
14                                         24411 Ridge Route, Suite 200
                                           Laguna Hills, CA 92653
15                                         Telephone: (949) 580-3737
16                                         Facsimile: (949) 580-3738
                                           Attorneys for Plaintiffs/Cross-Defendants
17                                         VMdirect, LLC, DigitalFX Solutions, LLC
                                           and DigitalFX International, LLC

20  Date: April 3, 2007                   MOLDO DAVIDSON FRAIOLI
                                          SEROR & SESTANOVI

23                                         David Bricker
24                                         MOLDO DAVIDSON FRAIOLI
                                           SEROR & SESTANOVI
25  IT IS SO ORDERED                      2029 Century Park East, 21st Floor
26  Dated 4/6/07                           Los Angeles, CA 90067
                                           Telephone: (310) 551-3100
27  _____                Facsimile: (310) 551-0238
28  United States District Judge           Attorneys for Defendant/Cross-Complainant
                                           Leonard Atlas

-2-

STIPULATION FOR REMAND